# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| VANSICKLE, FRED | U.S. District Court | 08/04/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

7 N. Wenatchee Avenue, Suite 310
Wenatchee, WA 98801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Washington State Judicial Retirement | $62,090.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | State of Washington Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Money Market sweep account | A | Interest | K | T | | | | | |
| 2. AQR Eqty Mkt Neutral FD (QMNIX) | A | Dividend | L | T | Buy | 05/16/16 | L | | |
| 3. Barclays PLC (BCS) | A | Dividend | K | T | Buy | 07/01/16 | K | | |
| 4. Boeing (BA) | B | Dividend | L | T | | | | | |
| 5. Builders Firstsource (BLDR) | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 6. Charles Schwab Corp (SCHW) | A | Dividend | K | T | Buy | 06/30/16 | K | | |
| 7. Comcast Corp (CMCSA) | A | Dividend | K | T | | | | | |
| 8. Communications Sales (CSAL) | | None | K | T | Buy | 12/01/16 | K | | |
| 9. Corning, Inc (GLW) | A | Dividend | | | Sold | 05/03/16 | K | | |
| 10. Dupont Fabros Technology (DFT) | A | Dividend | J | T | Sold (part) | 04/01/16 | K | | |
| 11. Ensco Plc Adr (ESV) | A | Dividend | K | T | Buy (add'l) | 10/14/16 | J | | |
| 12. First American Fin Corp (FAF) | A | Dividend | K | T | | | | | |
| 13. FMI Large Capital Fund | A | Dividend | J | T | | | | | |
| 14. Global X Super Dividend US ETF (DIV) | B | Dividend | | | Sold | 05/10/16 | K | | |
| 15. Goldman Sachs MLP Energy (GMLPX) | C | Dividend | L | T | | | | | |
| 16. Hart Cap Management Acct | A | Interest | L | T | | | | | |
| 17. I Shares S&P Mid Cap (IJK) | A | Dividend | | | Sold | 05/13/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares S&P 500 Growth (IVW) f/k/a S&P 500 Growth | A | Dividend | | | Sold (part) | 03/31/16 | J | | |
| 19. | | | | | Sold | 05/13/16 | K | A | |
| 20. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 21. JP Morgan Chase & Co (JPM) | A | Dividend | K | T | | | | | |
| 22. JPMorgan Tax Aware Incm (JTAAX) | A | Dividend | | | Buy (add'l) | 05/11/16 | K | | |
| 23. | | | | | Sold | 11/17/16 | K | | |
| 24. Lamar Advertising (LAMR) | A | Dividend | K | T | Buy | 01/19/16 | K | | |
| 25. Las Vegas Sands Corp (LVS) | A | Dividend | | | Sold (part) | 01/12/16 | J | | |
| 26. | | | | | Sold | 07/01/16 | K | A | |
| 27. Microsoft (MSFT) | B | Dividend | L | T | | | | | |
| 28. MainGate MLP Fund (IMLPX) | | None | K | T | | | | | |
| 29. Mosaic Co (MOS) | A | Dividend | K | T | Buy | 04/01/16 | K | | |
| 30. Nasdaq 100 Shares | A | Dividend | L | T | | | | | |
| 31. NCR Corp New (NCR) | | None | | | Sold | 04/04/16 | J | | |
| 32. North Cascades Bank Shares | A | Dividend | K | T | | | | | |
| 33. Norwegian Cruise Lin (NCLH) | A | Dividend | K | T | Buy | 07/25/16 | K | | |
| 34. Numerica CU | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Outfront Media Inc (OUT) | B | Dividend | K | T | | | | | |
| 36. Pimco Eqs Long Short Fd | A | Dividend | J | T | | | | | |
| 37. Potlatch Corporation New (PCH) | B | Dividend | K | T | | | | | |
| 38. Power Shares QQQ Trust (QQQ) (X) | A | Dividend | | | Sold | 05/13/16 | K | | |
| 39. Power Shares Variable Rate Preferred ETF (VRP) | B | Dividend | | | Sold (part) | 02/16/16 | K | | |
| 40. | | | | | Sold | 05/13/16 | K | | |
| 41. Realty Income Corp (O) | A | Dividend | J | T | Sold (part) | 02/17/16 | K | | |
| 42. RMPI Account | A | Interest | K | T | | | | | |
| 43. Schwab U.S. Mid-Cap ETF (SCHM) | A | Dividend | M | T | Sold (part) | 11/10/16 | K | | |
| 44. Schwab US Small Cap ETF (SCHA) | A | Dividend | K | T | Sold (part) | 05/13/16 | K | | |
| 45. | | | | | Sold (part) | 07/01/16 | K | | |
| 46. | | | | | Buy (add'l) | 11/18/16 | K | | |
| 47. Schwab US Large Cap ETF (SCHX) | A | Dividend | K | T | Sold (part) | 01/19/16 | K | | |
| 48. | | | | | Sold (part) | 01/22/16 | K | | |
| 49. | | | | | Buy (add'l) | 11/16/16 | K | | |
| 50. SPDR S&P Biotech ETF (XBI) | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 51. SPDR Doubleline TTL RTRN (TOTL) | A | Dividend | | | Buy | 01/21/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/13/16 | K | | |
| 53. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 54. | | | | | Sold | 11/15/16 | L | B | |
| 55. SPDR Dow Jones Global Real Estate ETF | A | Dividend | J | T | | | | | |
| 56. Southwest Airlines | A | Dividend | | | Sold | 01/20/16 | K | | |
| 57. St. Jude Med (STJ) | A | Dividend | K | T | | | | | |
| 58. Sterling Constructn (STRL) | A | Dividend | K | T | Buy | 05/04/16 | K | | |
| 59. Schwab Govt Money Fund (SWGXX) (X) | | None | K | T | | | | | |
| 60. Synchronoss Techs Inc (SNCR) | | None | | | Sold | 02/04/16 | J | | |
| 61. Verizon Comm (VZ) | A | Dividend | | | Sold | 08/23/16 | K | A | |
| 62. Vanguard Mkt Neutral Inv (VMNFX) | A | Dividend | L | T | Buy | 02/23/16 | L | | |
| 63. | | | | | Sold (part) | 06/28/16 | L | | |
| 64. | | | | | Buy (add'l) | 09/07/16 | L | | |
| 65. Wash Trust Savings | A | Interest | J | T | | | | | |
| 66. Washington Federal Inc (WAFD) | A | Dividend | | | Sold | 11/16/16 | K | A | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| VANSICKLE, FRED | 08/04/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRED VANSICKLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544